W. Rod McClelland, Jr., #179771
McCLELLAND LAW OFFICES, APC
2273 E. Beechwood Avenue, Suite 103
Fresno, California 93720
Telephone (559) 322-2224
Facsimile (559) 322-2227

Attorney for: Plaintiff DEREK STEWART



**LODGED**
MAY 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
MAY 30 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK STEWART, | Case No. 1: 06-CV-00472-AWI-SMS |
| Plaintiff, | |
| vs. | **STIPULATION BETWEEN COUNSEL TO DISMISS CAUSE OF ACTION AND ORDER THEREON** |
| DEL MONTE FOODS and Does 1 through 25 inclusive, | |
| Defendants. | |

1

THE PARTIES HERETO, Plaintiff DEREK STEWART and Defendant DEL MONTE FOODS, through their respective counsel, enter into this stipulation to dismiss the Plaintiff's Breach of Contract Cause of Action with prejudice (the Second Cause in the Complaint). With this cause of action dismissed, there is no longer a Federal question, therefore this Court no longer possesses jurisdiction of this case. Each side shall pay its own costs and fees with respect to this issue.

Dated: May 18, 2006

McCLELLAND LAW OFFICES

By: _____
W. Rod McClelland, Jr.,
Attorneys for Plaintiff
DEREK STEWART

Dated: May 15, 2006

LITTLER MENDELSON

By: _____
Joseph A. Schwachter
Attorneys for Defendant
DEL MONTE FOODS

## ORDER

IT IS SO ORDERED:

Dated: May 26, 2006

_____
SANDRA M. SNYDER  A.W. ISHII
UNITED STATES MAGISTRATE JUDGE

2

## PROOF OF SERVICE

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 2273 E. Beechwood Avenue, Suite 103, Fresno, California 93720.

On May 23, 2006, I served the foregoing document(s) described as: **STIPULATION BETWEEN COUNSEL TO DISMISS CAUSE OF ACTION AND ORDER THEREON** on the interested parties, addressed as follows:

Joseph A. Schwachter, Esq.
Kurt Bockes, Esq.
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, California 94108-2693

[X] BY MAIL - by placing [X] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ] BY HAND DELIVER - by delivering by hand and leaving a true copy with the person and at the address shown above.

[ ] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

[X] STATE: I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

[ ] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on May 23, 2006, Fresno, California.

Lydia Walter

2